# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**540**

**CAF 11-00390**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF JOHN LEONARDO,
PETITIONER-RESPONDENT-APPELLANT,

V                                                          ORDER

ELAINA LEONARDO,
RESPONDENT-PETITIONER-RESPONDENT.
(APPEAL NO. 2.)

---

KELLY M. CORBETT, FAYETTEVILLE, FOR PETITIONER-RESPONDENT-APPELLANT.

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (KRISTEN MCDERMOTT OF COUNSEL), FOR RESPONDENT-PETITIONER-RESPONDENT.

LAURA ESTELA CARDONA, ATTORNEY FOR THE CHILDREN, SYRACUSE, FOR CHARLES L., LIBBIE L. AND JOHN R.L.

---

Appeal from an order of the Supreme Court, Onondaga County (Michael L. Hanuszczak, A.J.), entered January 18, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent-petitioner sole custody of the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                 Clerk of the Court